Mark D. Robinson, pro se.

Cynthia Thompkins, Office of the United States Attorney, Raleigh, NC, for appellee.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judges.

Stephan D. Brooks, pro se.

Before LUTTIG and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Stephan D. Brooks appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Brooks v. Buening*, No. CA–00–10–3–MU2 (W.D.N.C. Oct. 18, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

Stephan D. BROOKS, Plaintiff–
Appellant,

v.

R.G. BRUENING; Jack Knight; City County Government of Mecklenburg County, Defendants–Appellees.

No. 00–7720.

United States Court of Appeals,
Fourth Circuit.

Submitted April 27, 2001.

Decided May 3, 2001.